IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 1:15-cv-01342-PAG |
| | : | |
| | : | Judge Patricia A. Gaughan |
| Plaintiff, | : | |
| vs. | : | |
| | : | **NOTICE OF APPEARANCE** |
| JOHN DOE, | : | **OF COUNSEL** |
| | : | |
| Defendant. | : | |
| | : | |

Now comes the defendant, John Doe, Subscriber assigned IP address 76.190.140.193 by and through undersigned counsel, Larry W. Zukerman, Esq., and Brian A. Murray, Esq., and respectfully enters their appearance as counsel of record in the above captioned matter.

    /s/ Larry W. Zukerman\_\_\_\_\_
LARRY W. ZUKERMAN, Esq.
Reg. No. 0029498
BRIAN A. MURRAY, Esq.
Reg. No. 0079741
Zukerman, Daiker & Lear Co., L.P.A.
3912 Prospect Avenue
Cleveland, Ohio 44115
(216) 696-0900
Counsel for Defendant John Doe

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September 2015, a true copy of the forgoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

    /s/ Larry W. Zukerman
LARRY W. ZUKERMAN, Esq.
BRIAN A. MURRAY, Esq.
Counsel for Defendant John Doe